**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE ROBERT DEAN ELLIS,<br><br>Defendant. | **Case No. CR-26-66-BLG-KSL**<br><br>**ORDER** |

Upon the Defendant's Unopposed Motion to Continue Deadline for Reply Brief (Doc. 28), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion (Doc. 28) is **GRANTED**. The deadline for the Defendant to file a reply brief in support of his Motion to Dismiss is extended up to and including **August 31, 2026**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 28th day of August, 2026.

Kathleen Lane

KATHLEEN S. LANE
United States District Judge